■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILMER LINARES, Appellant. [978 NYS2d 875]—

The determination of a motion to withdraw a plea of guilty rests within the sound discretion of the trial court (*see People v McGhee*, 62 AD3d 1027 [2009]), and its determination generally will not be disturbed absent an improvident exercise of discre-

tion (*see People v DeLeon*, 40 AD3d 1008, 1009 [2007]). Here, the Supreme Court providently exercised its discretion in denying the defendant's motion to withdraw his plea of guilty. The defendant's claim that his plea was coerced by off-the-record comments by his attorney was contradicted by the thorough plea colloquy (*see People v Krasso*, 72 AD3d 554 [2010]; *People v Wiedmer*, 71 AD3d 1067 [2010]).

The defendant was not deprived of the effective assistance of counsel (*see People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]). Dillon, J.P., Leventhal, Chambers and Miller, JJ., concur.